United States District Court
Southern District of Texas
ENTERED

JUL 0 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUN 29 1998

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-040 |
| | § | |
| BROWNSVILLE HOUSING AUTHORITY, ET AL. | § § | |

TYPE OF CASE: __X__ CIVIL    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

THE FOLLOWING MOTIONS WILL BE HEARD ON THE SAME DAY AND TIME AS THE INITIAL PRETRIAL CONFERENCE

1. MOTION OF DEFENDANTS SOLITAIRE AND LOPEZ FOR REPLY

2. MOTION OF DEFENDANTS BROWNSVILLE HOUSING AUTHORITY, ROGERIO LOPEZ AND IRMA SOLITAIRE FOR PARTIAL SUMMARY JUDGMENT

3. DEFENDANTS BROWNSVILLE HOUSING AUTHORITY, ROGERIO LOPEZ, AND IRMA SOLITAIRE'S MOTION TO COMPEL DISCOVERY

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

JULY 14, 1998 AT 9:00 A.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: JUNE 29, 1998

TO: MS. JANIS F. LONDON
    MR. JOHN E. CHOSY
    MR. CHARLES V. WILLETTE, JR.