United States District Court
Southern District of Texas
ENTERED

JUL 2 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

28

United States District Court
Southern District of Texas
FILED

JUL 14 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTONIA RODRIGUEZ,                    *
                    Plaintiff         *
                                      *
v.                                    *        CASE NO.  B-98-040
                                      *
BROWNSVILLE HOUSING                   *
AUTHORITY, ET. AL.,                   *
                    Defendants        *

## ORDER COMPELLING DISCOVERY

The Motion of Defendants Brownsville Housing Authority, Rogerio Lopez,

and Irma Solitaire to Compel Discovery has come before the Court.  Based upon

the submissions of the parties, the Court is of the opinion that the motion is well

taken and should be granted.  Therefore, it is

ORDERED that plaintiff Antonia Rodriguez produce the following items at

the office of counsel for the moving parties on or before the close of business 5

days after the date of this Order:

1.    All documents she removed from Brownsville Housing Authority's
      premises, including copies she made and then removed; and EXCEPT
      PERSONAL FILES DEALING WITH MATTERS UNRELATED
      TO THE SUBJECT MATTER OF THIS CASE

2.    Signed releases for medical records, financial records, and
      employment records. substantially in the form prepared by counsel
      for the moving parties. THESE RELEASES ARE TO
      CONTAIN CLAUSES LIMITING THE DISSEMINATION
      OF THESE RECORDS,

Done this 14 day of JULY 1998 at Brownsville, Texas.

_____
United States Magistrate