United States District Court
Southern District of Texas
ENTERED

JUL 2 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 1 4 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § | |
| | § | |
| VS. | § | **CASE NO. B-98-040** |
| | § | **(Jury Requested)** |
| BROWNSVILLE HOUSING AUTHORITY; | § | |
| CITY OF BROWNSVILLE; | § | |
| IRMA SOLITAIRE, INDIVIDUALLY AND | § | |
| IN HER OFFICIAL CAPACITY; AND | § | |
| ROGERIO LOPEZ, INDIVIDUALLY AND | § | |
| IN HIS OFFICIAL CAPACITY | § | |

## ORDER GRANTING PLAINTIFF LEAVE TO AMEND PLEADINGS

On the _14_ day of ~~May~~ July, 1998 came on to be considered the Plaintiff's Motion for Leave to Amend Pleadings. After considering the same, the Court is of the opinion that Plaintiff's First Amended Complaint and Jury Demand is not done in an effort to delay or for any other or improper motive, and therefore, the Motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff, Antonia Rodriguez, be granted leave to file her First Amended Complaint and Jury Demand.

SIGNED the _14th_ day of _July_, 1998.

_____
UNITED STATES MAGISTRATE JUDGE