United States District Court
Southern District of Texas
ENTERED

JUL 20 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 14 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ANTONIA RODRIGUEZ § | |
| § | |
| VS. § | CASE NO. B-98-040 |
| § | (Jury Requested) |
| BROWNSVILLE HOUSING AUTHORITY; § | |
| CITY OF BROWNSVILLE; § | |
| IRMA SOLITAIRE, INDIVIDUALLY AND § | |
| IN HER OFFICIAL CAPACITY; AND § | |
| ROGERIO LOPEZ, INDIVIDUALLY AND § | |
| IN HIS OFFICIAL CAPACITY § | |

**ORDER DENYING DEFENDANT CITY OF BROWNSVILLE'S
RULE 11 MOTION FOR SANCTIONS**

On the 14TH day of July, 1998 came on to be considered the Defendant City of Brownsville's Rule 11 Motion for Sanctions. After reviewing the file, examining the pleadings and considering the same, the Court is of the opinion that Defendant's Motion should be denied.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Defendant City of Brownsville's Rule 11 Motion for Sanctions is hereby denied.

SIGNED the 14TH day of JULY, 1998.

_____
UNITED STATES MAGISTRATE JUDGE