United States District Court
Southern District of Texas
ENTERED

JUL 20 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 14 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ANTONIA RODRIGUEZ, | * |
| Plaintiff | * |
| | * |
| v. | * CASE NO. B-98-040 |
| | * |
| BROWNSVILLE HOUSING | * |
| AUTHORITY, ET. AL., | * |
| Defendants | * |

## ORDER DIRECTING REPLY TO ANSWER

The Motion of Defendants Irma Solitaire and Rogerio Lopez to direct plaintiff to file and serve a reply to the answer alleging the affirmative defense of qualified immunity has come before the Court. After reviewing the submissions of the parties, the Court is of the opinion that the motion is well taken and should be granted. Therefore it is,

ORDERED that plaintiff Antonia Rodriguez file and serve a reply to the affirmative defense of qualified immunity asserted by defendants Solitaire and Lopez within 10 days of the date of this order and that the reply contain sufficient factual detail and specificity to fairly engage the allegations of qualified immunity.

Signed this 14TH day of JULY 1998 at Brownsville, Texas.

_____
U.S. Magistrate Judge