33

United States District Court
Southern District of Texas
ENTERED
JUL 20 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 14 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTONIA RODRIGUEZ § 
§
VS. § CIVIL ACTION NO. B-98-040
§
BROWNSVILLE HOUSING AUTHORITY, §
ET AL. §

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Plaintiff to designate experts and furnish reports by **April 30, 1999.** Defendants to designate experts and furnish reports by **June 1, 1999.**

(2) All discovery in this case must be completed by **July 26, 1999.** If additional time is required, a motion requesting such extension must be filed no later than **July 12, 1999.** Failure to file such motion shall preclude further discovery.

(3) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **September 13, 1999.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **September 13, 1999 at 10:00 A.M.**

(6) Final Pretrial is set for **September 30, 1999 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **October 1, 1999 at 8:30 A.M.** before Judge Filemon B. Vela.

(7) Trial on the merits is set for **October 1999**, docket call.

DONE at Brownsville, Texas, on this 14th day of July 1998.

                                                      John Wm. Black
                                                 United States Magistrate Judge

ClibPDF - www.fastio.com