

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
SEP 2 5 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
Michael N. Milby, Clerk of Court

## ORDER

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-040 |
| BROWNSVILLE HOUSING AUTHORITY, ET AL. | § § | |

TYPE OF CASE:  __X__ CIVIL        ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 30, 1998 AT 10:15 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  SEPTEMBER 22, 1998

TO:  MS. JANIS F. LONDON
     MR. JOHN E. CHOSY
     MR. CHARLES V. WILLETTE, JR.