

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-040 |
| | § | |
| BROWNSVILLE HOUSING | § | |
| AUTHORITY, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL           ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**HEARING ON MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**SEPTEMBER 30, 1998 AT 10:15 A.M.**

CONTINUED TO DATE AND TIME:

**NOVEMBER 9, 1998 AT 10:00 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 28, 1998

TO:   MS. JANIS F. LONDON
       MR. JOHN E. CHOSY
       MR. CHARLES V. WILLETTE, JR.