44

United States District Court
Southern District of Texas
ENTERED

FEB 18 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § | |
| | § | |
| VS. | § | CASE NO.  B-98-040 |
| | § | (Jury Requested) |
| BROWNSVILLE HOUSING AUTHORITY; | § | |
| CITY OF BROWNSVILLE; | § | |
| IRMA SOLITAIRE, INDIVIDUALLY AND | § | |
| IN HER OFFICIAL CAPACITY; AND | § | |
| ROGERIO LOPEZ, INDIVIDUALLY AND | § | |
| IN HIS OFFICIAL CAPACITY | § | |

## AGREED ORDER
## DISMISSING CERTAIN CLAIMS

The Joint Motion for Dismissal of Certain Claims against Defendants Brownsville Housing Authority, Rogerio Lopez and Irma Solitaire has come before the Court.  After considering the Motion, the Court,

GRANTS the Motion and dismisses the claims under Chapter 554 of the Texas Government Code against Defendants Rogerio Lopez and Irma Solitaire, and further, the Court

GRANTS the Motion and dismisses the liberty interest claims against Defendants Brownsville Housing Authority, Rogerio Lopez and Irma Solitaire.

All other claims remain pending before this Court.

SIGNED ON _17 FEB_____, 1999

_____
U.S. DISTRICT JUDGE

AGREED:

LAW OFFICES OF JAN LONDON
403 Cantu Road
Del Rio, Texas  78840
Telephone (830) 774-2591
Telecopier (830) 774-2592

BY: _____
    JANIS F. LONDON
    State Bar No:  00792934
Attorney for Plaintiff


_____
JOHN E. CHOSY
Attorney at Law
P. O. Box 4502
Brownsville, Texas  78528-4502
Attorney for Defendants Brownsville
   Housing Authority, Rogerio Lopez
   and Irma Solitaire

ClickPDF - www.fastio.com