#46

# THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-040 |
| | § | |
| BROWNSVILLE HOUSING AUTHORITY; | § | |
| CITY OF BROWNSVILLE; | § | |
| IRMA SOLITAIRE, INDIVIDUALLY AND | § | |
| IN HER OFFICIAL CAPACITY; AND | § | |
| ROGERIO LOPEZ, INDIVIDUALLY AND | § | |
| IN HIS OFFICIAL CAPACITY | § | |

United States District Court
Southern District of Texas
ENTERED

MAR 11 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

On March 9, 1999, this Court filed a Report and Recommendation which recommends dismissal of Plaintiff Antonia Rodriguez's claims against Defendant City of Brownsville for conspiracy and an alleged violation of her First and Fourteenth Amendment rights pursuant to 42 U.S.C. §§ 1983 and 1988. However, the Report and Recommendation does not address the entire case. Remaining before the Court are Plaintiff Antonia Rodriguez's claims against Defendants Brownsville Housing Authority, Irma Solitaire, individually and in her official capacity, and Rogerio Lopez, individually and in his official capacity.

It is **ORDERED** that the Defendants file a brief with respect to the claims remaining against Brownsville Housing Authority, Irma Solitaire, and Rogerio Lopez by March 24, 1999.

It is further **ORDERED** that Plaintiff Antonia Rodriguez respond to Defendants' brief

by March 31, 1999.

DONE in Brownsville, Texas, on this __10TH__ day of __MARCH__ 1999.

John Wm. Black
United States Magistrate Judge