47

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

MAR 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-040 |
| | § | |
| BROWNSVILLE HOUSING | § | |
| AUTHORITY, ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**TELEPHONIC STATUS CONFERENCE**

PLACE:                                                              TELEPHONE NO.:

**UNITED STATES FEDERAL COURTHOUSE**        (956) 548-2570
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                                  DATE AND TIME:

**MARCH 19, 1999 AT 9:30 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 16, 1999

FAX TO:   MS. JANIS F. LONDON
          MR. JOHN E. CHOSY
          MR. CHARLES WILLETTE