52

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 12 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTONIA RODRIGUEZ § | |
| § | |
| VS. § | CASE NO. B-98-040 |
| § | (Jury Requested) |
| BROWNSVILLE HOUSING AUTHORITY; § | |
| CITY OF BROWNSVILLE; § | |
| IRMA SOLITAIRE, INDIVIDUALLY AND § | |
| IN HER OFFICIAL CAPACITY; AND § | |
| ROGERIO LOPEZ, INDIVIDUALLY AND § | |
| IN HIS OFFICIAL CAPACITY § | |

**ORDER EXTENDING TIME FOR
FILING PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On the 12T day of May, 1999, came on to be considered the Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline to file Plaintiff's Response to Defendant's Motion for Summary Judgment is hereby extended to June 1, 1999.

Signed the 12TH Day of May 1999, AT Brownsville, TX

_____
U. S. MAGISTRATE JUDGE