# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 24 1999

Michael N. Milby, Clerk of Court

## ORDER

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-040 |
| | § | |
| BROWNSVILLE HOUSING | § | |
| AUTHORITY, ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON UNOPPOSED MOTIONS OF JOHN E. CHOSY TO WITHDRAW AS ATTORNEY-IN CHARGE

DEFENDANT'S ADAN PEREZ, ACTING EXECUTIVE DIRECTOR OF BROWNSVILLE HOUSING AUTHORITY, PATRICK LEHMANN, SAM FRUIA, ROGERIO LOPEZ AND IRMA SOLITAIRE MUST BE PRESENT FOR THIS HEARING

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM

DATE AND TIME:

JUNE 24, 1999 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 21, 1999

TO:     MS. JANIS F. LONDON
        MR. JOHN E. CHOSY
        MR. CHARLES V. WILLETTE, JR.

ClibPDF - www.fastio.com