58

United States District Court
Southern District of Texas
FILED

JUN 29 1999

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-040 |
| BROWNSVILLE HOUSING AUTHORITY, ET AL. | § § | |

TYPE OF CASE:    __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 20, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 29, 1999

TO:   MS. JANIS F. LONDON
      MR. CHARLES V. WILLETTE, JR.
      MR. ADAN PEREZ, JR.