59

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## ORDER

United States District Court
Southern District of Texas
ENTERED
AUG 27 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-040 |
| BROWNSVILLE HOUSING | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**AUGUST 20, 1999 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**AUGUST 27, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 29, 1999

TO:      MS. JANIS F. LONDON
         MR. CHARLES V. WILLETTE, JR.
         MR. ADAN PEREZ, JR.