61

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **ANTONIA RODRIGUEZ** * | |
| **Plaintiff** * | |
| * | |
| **VS.** * | **CASE NO. B-98-040** |
| * | |
| **BROWNSVILLE HOUSING** * | |
| **AUTHORITY, ET. AL.,** * | |
| **Defendants** * | |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

The Unopposed Motion of Reynaldo S. Cantu to Substitute Counsel for the defendants **BROWNSVILLE HOUSING AUTHORITY, ET. AL.** has come before the Court for the reasons stated in said motion, the Court grants the motion and it is

**ORDERED** that Reynaldo S. Cantu is hereby entered as Attorney of record for defendants **BROWNSVILLE HOUSING AUTHORITY, ET. AL.**.

The Clerk is hereby ordered to enter Mr. Reynaldo S. Cantu as Attorney of record for case for the defendants **BROWNSVILLE HOUSING AUTHORITY, ET. AL.** and to send all correspondence and communications to 1000 E. Madison, Brownsville, Texas 78520.

SINGED this __27TH__ day of __AUGUST__, 1999.

United States Magistrate Judge

*Substitu.Mot4*          3