63

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
AUG 2 7 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-040 |
| BROWNSVILLE HOUSING AUTHORITY, ET AL. | § § | |

## ORDER

On this 27th day of August, 1999 a status conference was held in the above referenced case.

The following rulings were made:

1. Motion to Compel must be filed by **November 15, 1999.**

2. Joint Pretrial Order must be filed by **December 17, 1999.**

3. Trial on the merits is set for **February 2000,** docket call before Judge Filemon B. Vela.

SIGNED at Brownsville, Texas, this 27th day of August 1999.

John Wm. Black
United States Magistrate Judge