64

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 20 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTONIA RODRIGUEZ § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil No. B-98-040 |
| § | |
| BROWNSVILLE HOUSING AUTHORITY; § | |
| CITY OF BROWNSVILLE; § | |
| IRMA SOLITAIRE, INDIVIDUALLY AND § | |
| IN HER OFFICIAL CAPACITY; AND § | |
| ROGERIO LOPEZ, INDIVIDUALLY AND § | |
| IN HIS OFFICIAL CAPACITY § | |

## ORDER

Before this Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of March 9, 1999 should be **ADOPTED** except as with regard to the matter of the conspiracy allegations against the City of Brownsville.

It is **ORDERED** that this matter is returned to Magistrate Judge John Wm. Black for a hearing to determine whether there is any evidentiary merit to said conspiracy claims.

It is further **ORDERED** that in connection with the adoption of the Report and Recommendation, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [37-1] should be **GRANTED** with regard to Plaintiff's claims against the City of Brownsville for an alleged violation of her rights under the First and Fourteenth Amendments to the United States

Constitution. Said claims are **DISMISSED WITH PREJUDICE**.

Defendant's Motion to Dismiss First Amended Complaint [37-1] should be **DISMISSED** with regard to Plaintiff Antonia Rodriguez' claim against the City of Brownsville for conspiracy to violate her First Amendment rights to be re-urged, if necessary, by Defendant after the evidentiary hearing to be held before the Magistrate.

It is also **ORDERED** that Defendant's Motion to Dismiss [8-1] is **DISMISSED as MOOT** as a result of the entry of this order.

Plaintiff's claims against Defendants Brownsville Housing Authority, Irma Solitaire, individually and in her official capacity, and Rogerio Lopez, individually and in his official capacity remain unaffected by this order.

DONE this 20th day of September, 1999 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge