65

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
FILED

SEP 23 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-040 |
| | § | |
| BROWNSVILLE HOUSING | § | |
| AUTHORITY, ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**EVIDENTIARY HEARING LIMITED TO PLAINTIFF'S CONSPIRACY ALLEGATIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 22, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 23, 1999

TO:      MS. JANIS F. LONDON
         MR. REYNALDO CANTU
         MR. CHARLES V. WILLETTE, JR.