(                                    67

United States District Court
Southern District of Texas
FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

OCT 1 2 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § | |
| | § | |
| VS. | § | **CASE NO. B-98-040** |
| | § | **(Jury Requested)** |
| BROWNSVILLE HOUSING AUTHORITY; | § | |
| CITY OF BROWNSVILLE; | § | |
| IRMA SOLITAIRE, INDIVIDUALLY AND | § | |
| IN HER OFFICIAL CAPACITY; AND | § | |
| ROGERIO LOPEZ, INDIVIDUALLY AND | § | |
| IN HIS OFFICIAL CAPACITY | § | |

## ORDER

On this the _12th_ day of October, 1999, came on to be considered the Plaintiff, Antonia Rodriguez's Motion for Continuance. After examining the pleadings and reviewing the file, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the Evidentiary Hearing Limited to Plaintiff's Conspiracy Allegations is hereby reset to the _10TH_ day of November, 1999 at _1:30_ P.M., in the United States Federal Courthouse, 600 E. Harrison Street, Brownsville, Texas, Second Floor, Courtroom #2; or

IT IS THEREFORE ORDERED that a telephonic conference be held on the _____ day of _____, 1999, at _____.M. to ascertain available dates of all parties and the Court. Plaintiff's attorney will initiate the call.

Signed _12 OCT_, 1999.

JOHN WM. BLACK,
U.S. MAGISTRATE JUDGE