68

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTONIA RODRIGUEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-040 |
| § | |
| BROWNSVILLE HOUSING § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**EVIDENTIARY HEARING LIMITED TO PLAINTIFF'S CONSPIRACY ALLEGATIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**NOVEMBER 10, 1999 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**DECEMBER 6, 1999 AT 9:00 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 20, 1999

TO:   MS. JANIS F. LONDON
       MR. REY CANTU, JR.
       MR. CHARLES V. WILLETTE, JR.