70

United States District Court
Southern District of Texas
ENTERED

DEC 1 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTONIA RODRIGUEZ § | |
| § | |
| VS. § | CASE NO. B-98-040 |
| § | (Jury Requested) |
| BROWNSVILLE HOUSING AUTHORITY; § | |
| CITY OF BROWNSVILLE; § | |
| IRMA SOLITAIRE, INDIVIDUALLY AND § | |
| IN HER OFFICIAL CAPACITY; AND § | |
| ROGERIO LOPEZ, INDIVIDUALLY AND § | |
| IN HIS OFFICIAL CAPACITY § | |

## ORDER EXTENDING TIME FOR
## FILING JOINT PRETRIAL ORDER

On the 14 day of December, 1999, came on to be considered the Agreed Motion for Extension of Time to File Joint Pretrial Order. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline to file the Joint Pretrial Order is hereby extended until further Order of this Court.

U. S. MAGISTRATE JUDGE