73

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

JAN 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-040 |
| | § | |
| BROWNSVILLE HOUSING | § | |
| AUTHORITY, ET AL. | § | |

TYPE OF CASE:          __X__  CIVIL                    ____  CRIMINAL

**TAKE NOTICE that  all settings in this case have been passed.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  1-24-00 -
       ~~JUNE 29, 1999~~

TO:    MS. JANIS F. LONDON
       MR. REYNALDO CANTU
       MR. CHARLES V. WILLETTE, JR.