75

United States District Court
Southern District of Texas
ENTERED

MAR 13 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | |
|---|---|
| ANTONIA RODRIGUEZ § § VS. § § BROWNSVILLE HOUSING AUTHORITY, § CITY OF BROWNSVILLE, IRMA § SOLITAIRE, INDIVIDUALLY AND IN § HER OFFICIAL CAPACITY, AND § ROGERIO LOPEZ, INDIVIDUALLY § AND IN HIS OFFICIAL CAPACITY § | CIVIL ACTION NO. B-98-040 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 24, 2000 should be **ADOPTED** and that Plaintiff Antonia Rodriguez's claims against Brownsville Housing Authority, City of Brownsville, Irma Solitaire, individually and in her official capacity, and Rogerio Lopez, individually and in his official capacity be **DISMISSED**.

DONE in Brownsville, Texas, on this 10th day of March, 2000.

Filemon B. Vela
United States District Judge