77

United States District Court
Southern District of Texas
ENTERED

MAR 28 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ, | § | |
| Plaintiff | § § § | |
| vs. | § | CIVIL ACTION NO. B-98-040 |
| | § | |
| BROWNSVILLE HOUSING AUTHORITY; CITY OF BROWNSVILLE; IRMA SOLITAIRE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; AND ROGERIO LOPEZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, | § § § § § § | |
| Defendants. | § | |

## ORDER

Before this Court for its consideration is Plaintiff's Motion to Reconsider. After a review of the entire file, it is the opinion of this Court that such Motion be DENIED.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Reconsider is DENIED.

DONE this 27th day of March, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge